IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v.           )<br>)<br>CEDRICK SMITH        )<br>ANTONIO FLYNN        ) | CRIMINAL ACTION NO.<br>2:18cr106-MHT<br>(WO) |

OPINION AND ORDER

Defendants Cedric Smith and Antonio Flynn both moved to suppress evidence found when the police stopped them in a vehicle. This case is before the court on the recommendation of the United States Magistrate Judge that the motions to suppress be denied because the police had both probable cause and reasonable suspicion to stop the vehicle. There are no objections to the recommendation. Upon an independent and de novo review of the record, the court concludes that the recommendation should be adopted as to the finding that the police had probable cause for the traffic stop. However, as it is unnecessary for the court to reach the issue of reasonable suspicion, the

court declines to adopt the recommendation as to that issue.

***

Accordingly, it is ORDERED as follows:

(1) The recommendation of the United States Magistrate Judge (doc. no. 54) is adopted to the extent described above.

(2) The motions to suppress (doc. nos. 33 & 34) are denied.

DONE, this the 6th day of July, 2018.

    /s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**