**IN THE DISTRICT COURT OF THE UNITED STATES FOR THE**

**MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | **CRIMINAL ACTION NO.** |
| **v.** | ) | **2:18cr106-MHT** |
| | ) | **(WO)** |
| **CEDRICK SMITH** | ) | |

**ORDER**

Upon consideration of defendant Cedrick Smith's unopposed motion for early termination of probation (Doc. 339), and based on his successful completion of two years of probation without any violations, his ongoing employment, and the lack of opposition to the motion from the government or probation department, it is ORDERED that:

(1) The motion is granted.

(2) Defendant Cedrick Smith's term of probation is terminated effective immediately, and he is discharged.

DONE, this the 2nd day of March, 2021.

                                                **/s/ Myron H. Thompson**
                                        **UNITED STATES DISTRICT JUDGE**